[No. 12398-7-III.   Division Three.   April 15, 1993.]

JOSEPH E. ROULEAU, ET AL, *Appellants*, v. MICHELSEN PACKAGING COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-00948-1, Stephen M. Brown, J., entered April 10, 1992. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 28832-6-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DEAN SHIRK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03192-6, Ann Schindler, J., entered June 21, 1991. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Baker, J.

[No. 28479-7-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER ELLIS BARQUET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05693-3, Mary Wicks Brucker, J., entered May 21, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29595-1-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD P. BARQUET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01339-6, Frank L. Sullivan, J., entered November 25, 1991. *Affirmed* by unpublished per curiam opinion.